UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TORRES,<br><br>                    Plaintiff,<br>    v.<br>WAL-MARK STORES, INC. et al.,<br><br>                    Defendants, | Case No. 5:12-cv-424-ODW(DTBx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT CONFERENCE** |

On July 18, 2012, the Court ordered the parties to conduct their settlement conference by March 25, 2013; and the parties selected Settlement Procedure No. 1—settlement proceedings before Magistrate Judge David T. Bristow.  (ECF No. 14; Rule 26(f) Report 2.)  To date, no settlement proceedings have been held before Judge Bristow.

Unless exempted by the Court, the settlement conference is mandatory.  L.R. 16-15.1.  The parties have a choice of settlement procedure, but no choice in whether to do it or the timing of it; the settlement conference must be conducted by the date specified by the Court.

Therefore, the parties are hereby **ORDERED TO SHOW CAUSE** why (1) they failed to conduct their mandatory settlement conference by March 25, 2013, and (2) why each attorney of record should not be sanctioned $1,000 for violating the Court's July 18, 2012 Order.  A written, joint response is due by April 3, 2013.  No

hearing will be held on this matter. Failure to timely respond may result in additional sanctions, including dismissal or entry of default.

**IT IS SO ORDERED.**

March 26, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**