JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Daniel Torres**, | ED CV12-00424-ODW(DTBx) |
| Plaintiff, | **Judgment** |
| v. | |
| **Wal-Mart Stores, Inc.**, an Arkansas Corporation; **Wal-Mart Realty Company**, an Arkansas Corporation; and Does 1-10, | |
| Defendants. | |

According to the Offer and Acceptance made pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby ordered and adjudged that plaintiff Daniel Torres shall have JUDGMENT in his favor in the amount of $10,000 and against Defendants Wal-Mart Stores, Inc. and Wal-Mart Realty Company.

Dated: April 01, 2013

By: *[signature]*
Hon. Otis D. Wright II
United States District Judge

*Presented by*:
Raymond G. Ballister, Esq.
858-375-7385
rayballister@potterhandy.com
Attorney for Plaintiff